# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTIAN RODRIGUEZ,** an individual, | **Case No.:** 5:17-CV-1801-PA-SP |
| Plaintiff, | **ORDER** |
| v. | |
| **FRONTIER COMMUNICATIONS OF AMERICA, INC.; TD BANK USA, N.A.; FIRST NATIONAL BANK OF OMAHA, N.A.; FIRST PREMIER BANK; EQUIFAX INFORMATION SERVICES, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.,** | |
| Defendants. | |

## ORDER

Having considered the Parties' stipulation requesting dismissal as to the entire case and good cause having been shown:

**IT IS HEREBY ORDERED** that the stipulation is **GRANTED** and the above captioned action is dismissed with prejudice in its entirety with each party bearing their respective attorneys fees and costs.

**IT IS SO ORDERED.**

DATED: June 15, 2018

_____
Hon. Judge Percy Anderson